ERIC GRANT
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARVIN SELIM NUNEZ PEREZ,<br>JOSE ALEXANDER RODRIGUEZ MURCIA,<br>and<br>NANCY ELIZABETH LINARES ALVARENGA,<br><br>Defendants. | CASE NO. 2:25-CR-0226 DJC<br><br>[PROPOSED] ORDER TO FILE REDACTED COPY OF INDICTMENT |

Having considered the government's motion to unseal additional portions of the indictment and to file a second redacted copy of the indictment, for the reasons stated within the motion and for good cause shown:

IT IS HEREBY ORDERED that government's motion to unseal additional portions of the superseding indictment and to file a second redacted copy of the indictment is GRANTED.

IT IS HEREBY FURTHER ORDERD that the government's motion shall be filed and kept under seal until further order of the Court.

Dated:   November 26, 2025

HON. JEREMY D. PETERSON
United States Magistrate Judge